IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ACE PROPERTY & CASUALTY INSURANCE COMPANY | : : : | CIVIL ACTION<br>No. 11-2838 |
| v. | : : | |
| GLOBAL REINSURANCE CORPORATION OF AMERICA | : : | |

## JUDGMENT

AND NOW, this 30th day of March, 2013, in accordance with the accompanying Memorandum, it is ORDERED Judgment is entered in the above-captioned case as follows:

(1)  Judgment is entered in favor of Plaintiff ACE Property & Casualty Insurance Company, as successor in interest to Central National Insurance Company of Omaha (CNIC), and against Defendant Global Reinsurance Corporation of America (Global) on Count One of the Complaint. Global shall pay to CNIC $561,718 representing past billings through January 25, 2012, plus pre-judgment interest at the Pennsylvania statutory rate of 6%.

(2)  Judgment is entered in favor of CNIC and against Global on Count Two of the Complaint. Global shall pay all future billings on the Marley claim made on the same basis as the billings at issue in this case within 30 days of receipt.

(3)  Judgment is entered in favor of CNIC and against Global on Global's counterclaim. The Clerk of Court is directed to mark this case CLOSED.

BY THE COURT:

   /s/ Juan R. Sánchez   
Juan R. Sánchez, J.